IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **MARILYN HODGES,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| **v.** | : | **NO. 22-2201** |
| **SUNRISE SENIOR LIVING MANAGEMENT, INC.**, *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 21st day of February, 2023, upon consideration of Defendants' Motion to Dismiss (Doc. No. 9) and Plaintiff's Response (Doc. No. 11), it is hereby **ORDERED** that the Motion is **DENIED**.  Within **twenty-one (21) days** from the date of this Order, Defendants shall file an Answer to the Complaint.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**